**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

IN RE: ESTATE OF BURLA H.       :   No. 107 WM 2016
RICKERSON, DECEASED           :
                                     :
                                     :
PETITION OF: BERNARD J. HESSLEY,  :
ESQ.                                     :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 12th day of January, 2017, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**.